58

853 A.2d 784
**STATE of Maryland**
v.
**Charles RAINES.**
**No. 129, Sept. Term, 2003.**
Court of Appeals of Maryland.
July 13, 2004.

J. Joseph Curran, Jr., Atty. Gen., Gary E. Bair, Solicitor General, on brief, for appellant/cross-appellee.

Stephen B. Mercer (Rene Sandler, Sandler & Mercer, P.C., Rockville, William G. McLain, Washington, DC, on brief), for appellee/cross-appellant.

Marc Rosenberg, Chris Hoofnagle, Marcia Hofmann, brief of Amicus Curiae Electronic Privacy Information Center in support of appellee, Charles Raines.

Timothy P. O'Toole, Todd Cox, Alison Flaum, Jennifer Di Toro, brief of Amicus Curiae Public Defender Service for the District of Columbia in support of appellee, Charles Raines.

Argued before BELL, C.J., RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA and GREENE, JJ.

## ORDER

PER CURIAM.

For reasons to be stated in an opinion later to be filed, it is this 13th day of July, 2004,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the judgment of the Circuit Court for Montgomery County be, and it is hereby, reversed, and the case is remanded to the Circuit Court for Montgomery County for trial. Costs to be paid by Charles Raines. Mandate to issue forthwith.